**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:25-CR- |
| | § | 00117-SDJ-BD-1 |
| JOSEPH JEROME WILLIAMS | § | |

**AMENDED REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Now before the court is the request for revocation of Defendant Joseph Jerome Williams'

("Defendant") supervised release. After the District Judge referred the matter to this court for a

report and recommendation, the court conducted a hearing on August 28, 2025, to determine

whether Defendant violated his supervised release. Defendant was represented by Douglas

Schopmeyer of the Federal Public Defender's Office. The Government was represented by Kevin

McClendon.

Defendant was sentenced on April 7, 2009, before The Honorable Sharion Aycock of the

Northern District of Mississippi after pleading guilty to the offense of Conspiracy to Possess with

Intent to Distribute Cocaine Hydrochloride, a Class A felony. This offense carried a statutory

maximum imprisonment term of life imprisonment and a statutory minimum imprisonment term

of 10 years. The guideline imprisonment range, based on a total offense level of 37 and a criminal

history category of II, was 235 to 293 months. Pursuant to a 5K1.1 Government motion based on

the Defendant's substantial assistance, Defendant was subsequently sentenced below the advisory

guideline range to 211 months imprisonment followed by a five (5) year term of supervised release

subject to the standard conditions of release, plus special conditions to include substance abuse

treatment and testing and a $100 special assessment. On March 31, 2015, the imprisonment portion

of Defendant's sentence was reduced to 169 months pursuant to 18 U.S.C. § 3582(c)(2). On July

26, 2019, Defendant completed his period of imprisonment and began service of the supervision term (Dkt. #24 at p. 1, Sealed).

On August 13, 2025, the United States Probation Officer executed a First Amended Petition for Warrant or Summons for Offender Under Supervision (Dkt. #2, Sealed). The Petition asserts that Defendant violated two (2) conditions of supervision, as follows: (1) (mandatory) Defendant must not commit another federal, state, or local crime; and (2) (standard) Defendant must not knowingly leave the federal judicial district where he was authorized to reside without first getting permission from the court or the probation officer (Dkt. #2 at pp. 1–2, Sealed).

The Petition alleges that Defendant committed the following acts: (1) In or about January 2019, and continuously thereafter up to and including November 12, 2020, in the Eastern District of Texas and elsewhere, Defendant committed the offense of 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Cocaine. On October 27, 2020, the Defendant was arrested by Homeland Security Investigations ("HIS"). According to the criminal complaint, agents with HSI received information about a narcotics transaction taking place in the parking lot of a local CVS store. Agents established surveillance of the area and observed two vehicles. One car was occupied by Travis Lavell Parker and Morris Ledell Carr. The other vehicle was occupied by Defendant and Anthony Antorn Sims. Defendant and Mr. Carr met outside their respective vehicles. Defendant then opened the hood of his vehicle and manipulated the insulation. Subsequently, the parties were arrested. Inside Defendant's vehicle, agents found three small clear plastic bags that contained currency totaling $132,500. Further investigation revealed Defendant, Mr. Sims, and Mr. Parker had traveled from Mississippi to Plano, Texas, to purchase five (5) kilograms of cocaine. Post arrest, Defendant admitted traveling to Texas with the intent to purchase cocaine. Defendant used the name Joseph Jerome Wilson when he was arrested. Furthermore, when interviewed by the

United States Probation Office in the Eastern District of Texas, Defendant maintained that his name was Joseph Wilson and disavowed being on federal supervised release. FBI fingerprint records and a booking photo revealed it was indeed Defendant that had been arrested in this case, and the authorities in Texas were advised of his identity. Originally, Defendant was named in a two-count Indictment charging him with Count 1: Conspiracy to Possess with the Intent to Distribute 5 Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine and Count 2: Conspiracy to Commit Money Laundering. On March 5, 2025, Defendant pled guilty to Count 1 pursuant to a written, non-binding Plea Agreement in Case No. 4:20-cr-339. On August 14, 2025, Defendant was sentenced to 120 months imprisonment with a five (5) year term of supervised release to follow; and (2) On or about October 27, 2020, Defendant traveled outside of the Northern District of Mississippi, as evidenced by his arrest in Plano, Texas. The Defendant did not have permission to travel outside of the judicial district on these dates. (Dkt. #2 at pp. 2–3, Sealed).

Prior to the Government putting on its case at the final revocation hearing, the Government moved to dismiss allegation (2). Defendant entered a plea of true to allegation (1) of the First Amended Petition. Having considered the First Amended Petition and the plea of true to allegation (1), the court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court

### **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to

be imprisoned for an additional term of imprisonment of 27 months to run consecutively to the sentence imposed in Case No. 4:20-cr-339, with no term of supervised release to follow.

The court further recommends that allegation (2) of the First Amended Petition be dismissed.

The court also recommends that Defendant be housed in a Bureau of Prisons facility in Tennessee or Forrest City, Arkansas, if appropriate.

**SIGNED this 4th day of September, 2025.**

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE